ACCEPTED
13-14-00401-CV
THIRTEENTH COURT OF APPEAL
CORPUS CHRISTI, TEXAS
8/15/2014 10:51:19 AM
DORIAN RAMIREZ
CLERK

## CAUSE NO. 13-14-00401-CV

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE DISTRICT COURT** |
| | § | 13th COURT OF APPEALS |
| **D.D.J. AND K.L.J.** | § | **389**TH **JUDICIAL DISTRICT** CORPUS CHRISTI/EDINBURG, TEXAS |
| | § | 8/15/2014 10:51:19 AM |
| **CHILDREN** | § | **HIDALGO COUNTY, TEXAS** DORIAN E. RAMIREZ Clerk |

## AFFIDAVIT OF INDIGENCE

BEFORE ME, the undersigned authority, on this day personally appeared MARCOS JUAREZ, III who, being by me duly sworn, on oath stated:

1. I have filed an appeal in the case described above.

2. I can pay the following amount of court costs in this appeal, which includes the $195.00 filing fee, the $10 or $15 filing fee for each motion I may file.

3. The nature and amount of my current employment income is: I am currently employed full time and earn a gross amount of $3,600.00 per month with my take home income being approximately $1,500.00 per month. I am also self employed and earn approximately $300 in profit per month.

4. The nature and amount of my current government-entitlement income is: None.

6. The income of my spouse is approximately $2,000.00 per month.

7. I own the following real property:   808 Windcrest Dr., Weslaco, Texas 78596
   Value: 135,441.00

8. I own the following personal property:
   -2012 Volkswagen Jetta
   -2012 Chevy Silverado
   -Equipment required to perform my self employment.

9. I have the following amounts of funds on deposit that I may withdraw: None.

10. I have the following assets, other than those described in my answers to 3 through 10 above: None.

11. I have seven dependants. My relationship to each of them is:

| | | |
|---|---|---|
| D.D.J. and K.L.J. | Father | Court Ordered Child Support $748.00 per month |
| J.A.J. | Father | Court Ordered Child Support $461.00 per month |
| S.A.J. and A.I.J. | Father | Live with me and my spouse |
| 2 other | Step-father | Live with me and my spouse |

12. The nature and amount of my debts are approximately:

| | |
|---|---|
| $137,000 | Inter National Bank for Real Property in No. 7 |

13. The nature and amount of my monthly expenses are:

| | |
|---|---|
| $1,585.00 | Mortgage for Real Property in No. 7 |
| $400.00 | Utilities |
| $175.00 | Mobile Phone |
| $175.00 | Home Phone, Cable & Internet |
| $830.00 | Health, Vision & Dental Insurance |
| $1089.00 | Child Support Obligation |
| $100.00 | Orthodontist monthly payment |
| $400.00 | Gas for vehicles |
| $530.00 | monthly payment for vehicle in No. 8 |
| $525.00 | monthly payment for vehicle in No. 8 |
| $100.00 | music expenses, equipment and supplies needed for self employment |

14. My ability to obtain a loan for costs is not possible due to the amount of debt I already have and the lack of resources to repay the loan.

15. My youngest son who lives with me and my spouse recently underwent a series of medical tests and required major surgery to correct his bladder and ureter. A majority of the medical testing, the surgery and hospital stay were at Driscoll Children's Hospital in Corpus Christi, Texas. This required several trips to and from Corpus Christi, Texas. I have incurred medical expenses for the medical testing, surgery and hospital stay, as well as transportation and lodging. This has also caused me to take time off from work and limited my ability to produce my self-employment income. In addition, my son is scheduled for another minor surgery on Monday, August 18, 2014 and will require further follow up appointments and medical testing. This and back to school expenses have made it impossible for my spouse and I to pay for neither the court reporter's transcript.

16. An attorney is providing free legal services to me for this appeal.

17. Based on this information I am unable to pay for the Court Reporter's transcript.

I, MARCOS JUAREZ, III swear under oath that the facts stated above are true and correct."

[signature]

MARCOS JUAREZ, III

SIGNED under oath before me on August 14, 2014.

[signature]

Notary Public, State of Texas

SONYA RAQUEL VEGA-WANTLAND
Notary Public, State of Texas
My Commission Expires
May 25, 2016